THE HONORABLE BARBARA J. ROTHSTEIN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| NICHOLAS WILSON,<br><br>      Plaintiff,<br><br>  v.<br><br>SEABOURN CRUISE LINE LIMITED,<br><br>      Defendant. | No. 2:21-cv-00263-BJR<br><br>**STIPULATION AND ORDER OF DISMISSAL** |

## **STIPULATION**

**COME NOW** Plaintiff NICHOLAS WILSON and Defendant Seabourn Cruise Line Limited., through their respective counsel, and stipulate to the entry of an Order of Dismissal of Plaintiff's Claims Against Defendants, in their entirety, with prejudice and without costs, for the reason that the named parties have reached final settlement in this matter.

//

//

//

{29653-00762059;1}
STIPULATION AND ORDER OF DISMISSAL  Case No. 2:21-cv-00263-BJR - Page 1

LE GROS BUCHANAN
& PAUL
4025 DELRIDGE WAY SW
SUITE 500
SEATTLE, WASHINGTON 98106-1271
(206) 623-4990

DATED this 5th day of January, 2022.

*/s/Louis Shields*
LOUIS A. SHIELDS, WSBA # 25740
*/s/Nathan Beard*
NATHAN J. BEARD, WSBA #45632
4025 Delridge Way S.W., Suite 500
Seattle, Washington 98106
Telephone: 206-623-4990
Facsimile: 206-467-4828
Email: lshields@legros.com
nbeard@legros.com
Attorneys for Defendant

J

*/s/Jason R. Margulies (via email authorization)*
JASON R. MARGULIES, WSBA # 54741
One Biscayne Tower, Suite 1776
2 South Biscayne Boulevard
Miami, FL 33131
Telephone: 305-376-3016
Email: jmargulies@lipcon.com
Attorneys for Plaintiff

{29653-00762059;1}
STIPULATION AND ORDER OF DISMISSAL Case No. 2:21-cv-00263-BJR - Page 2

LE GROS BUCHANAN & PAUL
4025 DELRIDGE WAY SW
SUITE 500
SEATTLE, WASHINGTON 98106-1271
(206) 623-4990

<u>ORDER</u>

Based upon the foregoing Stipulation, the referenced claims of Plaintiff are hereby dismissed with prejudice, and without costs.

DATED this 5th day of January, 2022.

_____
BARBARA J. ROTHSTEIN
UNITED STATES DISTRICT JUDGE

{29653-00762059;1}
STIPULATION AND ORDER OF DISMISSAL Case No. 2:21-cv-00263-BJR - Page 3

LE GROS BUCHANAN
& PAUL
4025 DELRIDGE WAY SW
SUITE 500
SEATTLE, WASHINGTON 98106-1271
(206) 623-4990